IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:09CR308 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| MIGUEL ANGEL CARREON-RICO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the defendant's "Pro Se Motion to Abandon His Habeas Petition," Filing No. 63. The defendant states that it is in his best interest to abandon his section 2255 habeas corpus petition in order to seek transfer "to Mexico to finish his sentence close to his family." The court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The defendant's pro se motion to abandon his habeas corpus petition (Filing No. 63) is granted.

2. The defendant's petition for relief under 28 U.S.C. § 2255 is dismissed.

DATED this 16th day of April, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge